**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHENEL DEROUSSEAU,

     Plaintiff,

v.                            CASE NO. 8:26-cv-566-JLB-TGW

SHERIFF GRADY JUDD, *et al.*,

     Defendants.

_____/

## <u>ORDER OF DISMISSAL</u>

Plaintiff, a Florida pretrial detainee, initiated this action *pro se* by filing a civil rights complaint (Doc. 1).   He also filed an Affidavit of Indigency (Doc. 2), in which he requests to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Section 1915(g) provides:

(g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff's prior actions dismissed as either frivolous, malicious, or for failing to state a claim upon which relief may be granted include: (1) *Derousseau v. Polk Cnty.*

1

*Sheriff's Off.*, No. 8:16-cv-151-EAK-TGW (M.D. Fla.); (2) *Derousseau v. Judd*, No. 8:16-cv-389-EAK-AEP (M.D. Fla.); and (3) *Derousseau v. Judd*, No. 8:16-cv-2873-EAK-AAS (M.D. Fla.).   Because Plaintiff has had at least three prior dismissals that qualify under Section 1915(g) and alleges no facts showing he is in imminent danger of serious physical injury, he may not proceed *in forma pauperis*.   Plaintiff may initiate a new civil rights case by filing a civil rights complaint and paying the full filing fee.

Accordingly, it is ORDERED that:

1. The complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint in a new case with a new case number upon paying the filing fee.

2. The construed motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. The Clerk is **DIRECTED** to close the case.

DONE and ORDERED in Tampa, Florida, on March 4, 2026.

_____

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

2